UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. RICE, JR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

_____/

Civil No. 16-11330

Hon. Avern Cohn

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendants' motion for summary judgment is GRANTED and the case is DISMISSED.

DAVID WEAVER

Dated: September 19, 2017      By: s/Marie Verlinde
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 19, 2017, by electronic and/or ordinary mail.

                                              s/Marie Verlinde
                                              Case Manager, (313) 234-5160